1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ERIKA JOHNSON-BROOKS
4  Assistant United States Attorney
   California Bar Number: 210908
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0474
7       Facsimile: (213) 894-7819
        Erika.Johnson@usdoj.gov
8
   Attorneys for Federal Defendant
9  Hilda L. Solis, Secretary of the United States
   Department of Labor
10

11                  UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13

14  LUNETTA BLANKS,                ) EDCV 11-01829 GHK (SPx)
                                   )
15          Plaintiff,              ) **PROTECTIVE ORDER**
                                   )
16          v.                      )
                                   )
17  HILDA L. SOLIS, Secretary,     )
    U.S. Department of Labor,      )
18                                 )
            Defendant.              )
19  _____)

20      Pursuant to the terms of the Amended Stipulation for

21  Proposed Protective Order filed herein, it is so ordered.

22      DATED: <u>October 22, 2012</u>

23

24                              _____/S/_____
                                HONORABLE SHERI PYM
25                              UNITED STATES MAGISTRATE JUDGE

26

27

28