JS - 6
**FILED: 7/29/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Lunetta Blanks*, | CASE NO. EDCV 11-1829-GHK (SPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Hilda L. Solis*, | |
| Defendant. | |

Pursuant to the Court's July 18, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Lunetta Blanks's ("Plaintiff") claims against Defendant Hilda L. Solis are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 29, 2013.

_____
GEORGE H. KING
Chief United States District Judge