JS - 6
**FILED: 7/29/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Lunetta Blanks*,

      Plaintiff,

    v.

*Hilda L. Solis*,

      Defendant.

CASE NO. EDCV 11-1829-GHK (SPx)

JUDGMENT

Pursuant to the Court's July 18, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Lunetta Blanks's ("Plaintiff") claims against Defendant Hilda L. Solis are **DISMISSED with prejudice.** Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 29, 2013.

_____
GEORGE H. KING
Chief United States District Judge